1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DANE R. GILLETTE
Chief Assistant Attorney General
3  GERALD A. ENGLER
Senior Assistant Attorney General
4  PEGGY S. RUFFRA
Supervising Deputy Attorney General
5  ALLEN R. CROWN
Deputy Attorney General
6  State Bar No. 56818
   455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA 94102-7004
   Telephone: (415) 703-5847
8  Fax: (415) 703-1234
   E-mail:  Allen.Crown@doj.ca.gov
9
Attorneys for Respondent
10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  **MARCUS JAMES HOOKS,**                    C 07-3604 JSW (PR)

16                           Petitioner,    **NOTICE OF LODGING
                                            EXHIBITS WITH COURT**
17        v.

18  **WARDEN OF AVENAL STATE PRISON,**

19                           Respondent.

20

21          Notice is hereby given that the following exhibits are lodged in support of respondent's

22  answer and memorandum of points and authorities:

23       EXHIBIT A   Clerk's Transcript (1 vol.), *People v. Hooks*, Santa Clara County Case No.
                     CC448196.
24
         EXHIBIT B   Reporter's Transcript (4 vols.), *People v. Hooks*, Santa Clara County Case No.
25                   CC448196.

26       EXHIBIT C   Appellant's Opening Brief, *People v. Hooks*, California Court of Appeal Case
                     No. H028971.
27
         EXHIBIT D   Respondent's Brief, *People v. Hooks*, California Court of Appeal Case No.
28                   H028971.

EXHIBIT E    Appellant's Reply Brief, *People v. Hooks*, California Court of Appeal Case No. H028971.

EXHIBIT F    Opinion, *People v. Hooks*, California Court of Appeal Case No. H028971.

EXHIBIT G    Petition For Review, *People v. Hooks*, California Supreme Court Case No. S147629.

EXHIBIT H    Denial Of Review, *People v. Hooks*, California Supreme Court Case No. S147629.

Dated:  December 12, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General

Attorneys for Respondent