**FILED**

APR 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. HOOKS, | ) No. C 07-3604 JSW (PR) |
| Petitioner, | ) |
| vs. | ) **ORDER GRANTING EXTENSION OF** |
| | ) **TIME** |
| WARDEN OF AVENAL STATE PRISON, | ) |
| | ) (Docket No. 7) |
| Respondent. | ) |
| | ) |

Good cause appearing, Petitioner's request for an extension of time, to and

including April 11, 2008, in which to file a traverse (Docket No. 7) is GRANTED.

IT IS SO ORDERED.

DATED: APR 0 3 2008

JEFFREY S. WHITE
United States District Judge



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCUS J. HOOKS,

          Plaintiff,

  v.

WARDEN OF AVENAL STATE PRISON et al,

          Defendant.

_____/

Case Number: CV07-03604 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allen Robert Crown
Attorney General's Office
P.O. Box 944255
1300 I Street
Sacramento, CA 94244-2550

Marcus J. Hooks
P.O. Box 9
T89927
Avenal, CA 93204

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk